## No. 9331.

### WEBBER ET AL. *v.* THE PEOPLE.

*Error to Denver District Court, Hon. Julian H. Moore, Judge.*

Mr. GEORGE J. HUMBERT and Mr. H. H. WHITTIER, for plaintiffs in error.

Hon. LESLIE E. HUBBARD, Attorney General; Mr. BERTRAM B. BESHOAR, Assistant Attorney General, for the People.

Chief Justice Hill delivered the opinion of the court.

The plaintiffs in error were convicted of the crime of larceny as bailees. The only error urged is, that the evidence is insufficient to sustain the verdict. The testimony was conflicting; an examination of it discloses testimony sufficient to justify the verdict.

The application for supersedeas will be denied and the judgment affirmed.

*Supersedeas denied; judgment affirmed.*

Mr. Justice Bailey and Mr. Justice Allen concur.

---

### No. 9297.

### FREELAND *v.* ARCHULETA.

*Error to Huferano District Court, Hon A. C. McChesney, Judge. Department One.*

Mr. CHARLES HAYDEN, for plaintiff in error.

Messrs. MENDRICK, RALSTON and HENDRICK, for defendant in error.

Opinion by *Mr. Justice Teller.*

This cause presents the same question as was determined in *Farr v. Neely,* No. 9296, and for the reasons stated in the opinion in that case the judgment in this case is affirmed.

Chief Justice Garrigues and Mr. Justice Burke concur.